AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.          ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____          October 15, 2021

(By) DEPUTY CLERK                DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-05487

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HEALTHCARE REVENUE RECOVERY GROUP, LLC C/O ILLINOIS CORPORATION SERVICES CO., was received by me on *(date)* Oct 15, 2021, 3:44 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ethan Smith , who is designated by law to accept service of process on behalf of *(name of organization)* HEALTHCARE REVENUE RECOVERY GROUP, LLC C/O ILLINOIS CORPORATION SERVICES CO., on *(date)* Wed, Oct 20 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date:

*Michelle Tomlin*
Server's signature

Michelle Tomlin
*Printed name and title*

333 S Wabash Ave Suite 2700, Chicago, IL 60604
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 20, 2021, 1:50 pm CDT at Company: 801 Adlai Stevenson Dr, Springfield, IL 62703 received by Ethan Smith . Relationship: Document Specialist ;