IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAM PATEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-05487 |
| ) | |
| HEALTHCARE REVENUE ) | |
| RECOVERY GROUP, LLC d/b/a ARS ) | |
| ACCOUNT RESOLUTION SERVICES, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CORPORATE DISCLOSURE & NOTIFICATION AS TO AFFILIATES**

Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolutions Services, by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

1. Defendant, Healthcare Revenue Recovery Group, LLC ("HRRG"), is a non-governmental company.

2. No publicly held corporation owns 5% or more of HRRG.

3. The sole member of HRRG is HCFS Health Care Financial Services, LLC ("HCFS").

4. Neither HRRG nor HCFS is a publicly held corporation.

5. Neither HRRG nor HCFS is a governmental entity.

1

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| BARRON & NEWBURGER, P.C. | BARRON & NEWBURGER, P.C. |
| | |
| */s/ Kevin T. Crocker* | /s/ *Nabil G. Foster* |
| Kevin T. Crocker | Nabil G. Foster |
| | |
| Kevin T. Crocker, Esq. | Nabil G. Foster, Esq. |
| BARRON & NEWBURGER, P.C. | BARRON & NEWBURGER, P.C. |
| 602 Park Point Drive, Ste. 150 | 53 W. Jackson Blvd. #1205 |
| Golden, Colorado 80401 | Chicago, Illinois 60604 |
| Telephone: 512-649-2417 | Telephone: 312-767-5750 |
| Facsimile: 512-279-0310 | Facsimile: 312-229-9203 |
| kcrocker@bn-lawyers.com | nfoster@bn-lawyers.com |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I, Kevin T. Crocker, an attorney, certify that I shall cause to be served a copy of the **DEFENDANT'S CORPORATE DISCLOSURE & NOTIFICATION AS TO AFFILIATES** upon the following individual(s), by deposit in the U.S. mail box postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (512) 279-0310, or electronically via email or the Case Management/Electronic Case Filing System ("ECF") as indicated, on December 1, 2021.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff* |
| ___ | Facsimile | Bryan Paul Thompson, Esq. |
| ___ | Federal Express | Robert W. Harrer, Esq. |
| ___ | E-Mail | Chicago Consumer Law Center, P.C. |
| ___ | U.S. Mail | 33 N. Dearborn Street |
| ___ | Messenger | Suite 400 |
| | | Chicago, IL  60602 |
| | | Telephone:  (312) 858-3239 |
| | | Facsimile:  (312) 610-5646 |
| | | Bryan.thompson@cclc-law.com |
| | | Rob.harrer@cclc-law.com |

| | |
|---|---|
| Kevin T. Crocker | s/ *Kevin T. Crocker* |
| BARRON & NEWBURGER, PC | Kevin T. Crocker |
| 602 Park Point Drive, Ste. 150 | One of the Attorneys for Defendant |
| Golden, CO 80401 | |
| Telephone: 512-649-2417 | |
| Facsimile: 512-279-0310 | |
| kcrocker@bn-lawyers.com | |

2